# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3045
_____

GWENDOLYN MERCER,

   Appellant,

v.

DEPARTMENT OF HEALTH,

   Appellee.

_____

On appeal from the Department of Health.

October 24, 2018

PER CURIAM.

   AFFIRMED.

WETHERELL, ROWE, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Gwendolyn Mercer, pro se, Appellant.

Christine E. Lamia, Chief Appellate Counsel, Florida Department of Health, Tallahassee, for Appellee.